# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; BRIDGEVILLE RIFLE & PISTOL CLUB, LTD.; DELAWARE RIFLE AND PISTOL CLUB; DELAWARE ASSOCIATION OF FEDERAL FIREARMS LICENSEES; MADONNA M. NEDZA; CECIL CURTIS CLEMENTS; JAMES E. HOSFELT, JR; BRUCE C. SMITH; VICKIE LYNN PRICKETT; and FRANK M. NEDZA, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; NATHANIAL MCQUEEN JR. in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. MELISSA ZEBLEY in her official capacity as superintendent of the Delaware State Police, <br><br> Defendants. | C.A. No. 1:22-cv-00951-RGA |
| GABRIEL GRAY; WILLIAM TAYLOR; DJJAMS LLC; FIREARMS POLICY COALITION, INC. and SECOND AMENDMENT FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY JENNINGS, Attorney General of Delaware, <br><br> Defendant. | C.A. No. 1:22-cv-01500-MN |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CONSOLIDATE**

WHEREAS, Defendants Delaware Department of Safety and Homeland Security, Nathaniel McQueen, Jr., Melissa Zebley, and Kathy Jennings ("Defendants"), having moved the Court, pursuant to Federal Rule of Civil Procedure 42(a), for an order consolidating the actions styled *Delaware State Sportsmen's Association, Inc., et al. v. Delaware Department of Safety and Homeland Security, et al.*, C.A. No. 1:22-cv-00951-RGA, and *Gabriel Gray, et al. v. Kathy Jennings*, C.A. No. 1:22-cv-01500-MN, and

WHEREAS, the Court having considered the motion, as well as any oppositions thereto, replies in support thereof, and argument concerning the same,

IT IS HEREBY ORDERED this 20th day of December, 2022, that:

1. Defendants' Motion to Consolidate is GRANTED.

2. The actions styled *Delaware State Sportsmen's Association, Inc., et al. v. Delaware Department of Safety and Homeland Security, et al.*, C.A. No. 1:22-cv-00951-RGA, and *Gabriel Gray, et al. v. Kathy Jennings*, C.A. No. 1:22-cv-01500-MN, are hereby CONSOLIDATED for all purposes, including trial.

3. All documents in the consolidated action hereafter shall be filed and docketed solely in the case bearing the civil action number listed below, and all filings shall bear the consolidated caption appearing below:

|  |  |
|---|---|
| DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; BRIDGEVILLE RIFLE & PISTOL CLUB, LTD.; DELAWARE RIFLE AND PISTOL CLUB; DELAWARE ASSOCIATION OF FEDERAL FIREARMS LICENSEES; MADONNA M. NEDZA; CECIL CURTIS CLEMENTS; JAMES E. HOSFELT, JR; BRUCE C. SMITH; VICKIE LYNN PRICKETT; and FRANK M. NEDZA, <br><br>                    Plaintiffs, <br><br>          v. <br><br> DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; NATHANIAL MCQUEEN JR. in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. MELISSA ZEBLEY in her official capacity as superintendent of the Delaware State Police, <br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  <br><br> C.A. No. 22-cv-951-RGA <br> (Consolidated) |
| GABRIEL GRAY; WILLIAM TAYLOR; DJJAMS LLC; FIREARMS POLICY COALITION, INC. and SECOND AMENDMENT FOUNDATION, <br><br>                    Plaintiffs, <br><br>          v. <br><br> KATHY JENNINGS, Attorney General of Delaware, <br><br>                    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**IT IS SO ORDERED** this 20th day of Dec, 2022.

_____
U.S. District Court Judge